UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Timothy Sherron Johnson          Docket No. 5:09-CR-66-1BO

### Petition for Action on Supervised Release

COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Timothy Sherron Johnson, who, upon an earlier plea of guilty to Possession with Intent to Distribute a Quantity of Marijuana in violation of 21 U.S.C § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C §924(c)(1)(A)(I), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 16, 2009, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months. Timothy Sherron Johnson was released from custody on August 2, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 27, 2017, the defendant provided a urine specimen which later tested positive for marijuana. When confronted with the results, the defendant admitted to marijuana use and signed a voluntary admission. He denies any marijuana use since his April 27, 2017, positive urine screen. In response to this violation, we would request the standard drug aftercare condition be added to address the defendant's substance abuse issue. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2545<br>Executed On: May 23, 2017 |

Timothy Sherron Johnson
Docket No. 5:09-CR-66-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 23 day of May, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge